# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>      Plaintiff,<br>v.<br>CHAD LEE ENGEL (1),<br>      Defendant. | Case No.: 17-cr-03401-JLS<br><br>**ORDER** |

Upon joint motion of the parties and good cause appearing, IT IS HEREBY ORDERED that:

1. The currently scheduled Motion *In Limine* hearing on April 2, 2021 is **Vacated**;
2. The currently scheduled Jury Trial date of May 3, 2021 is **Vacated**;
3. This matter is continued for a status hearing to **June 4, 2021** at **1:30 p.m**.;
4. Leave to file additional motions is **Granted**;
5. For the reasons set forth in the joint motion, the Court finds that the ends of justice will be served by granting the requested continuance, and these outweigh the interests of the public and the defendant in a speedy trial. Accordingly, time shall be excluded in the interest of justice under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A).

IT IS SO ORDERED.

Dated: March 18, 2021

Hon. Janis L. Sammartino
United States District Judge