# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 3:17-CR-03401-JLS |
|---|---|
| Plaintiff, | **ORDER GRANTING JOINT MOTION TO CONTINUE THE MOTION HEARING** |
| v. | |
| CHAD LEE ENGEL (1), | |
| Defendant. | |

Pursuant to joint motion and good cause appearing, it is HEREBY ORDERED that the Motion Hearing set for March 4, 2022 shall be continued to a Status Hearing on April 8, 2022, at 1:30 p.m.

The time necessary for this continuance is excluded under the Speedy Trial Act; furthermore, the Court finds that the requested continuance further serves the ends of justice and outweighs the public and Defendant's interest in a speedy trial pursuant to § 3161(h)(7)(A).

**IT IS SO ORDERED**.
Dated: March 2, 2022

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge

Case No. 3:17-CR-03401-JLS