# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>CHAD LEE ENGEL (1),<br><br>　　　　　　Defendant. | CASE NO.: 17-CR-03401-JLS<br><br>**Order Continuing Status Hearing and Vacating Trial Date** |

The parties' joint motion to continue the Status Hearing from April 8, 2022 to April 29, 2022 at 1:30 p.m. and vacate the Trial date of May 31, 2022 is **Granted**, on the grounds stated therein. Time is excluded pursuant to 18 U.S.C. § 3161(h)(7). The ends of justice served by a continuance in this case outweigh the best interest of the public and defendant in a speedy trial.

IT IS SO ORDERED.

Dated:  April 6, 2022

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge