**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>    v.<br><br>CHAD LEE ENGEL (1),<br><br>               Defendant. | Case No. 3:17-CR-03401-JLS<br><br>**ORDER GRANTING JOINT MOTION TO EXCLUDE TIME AND CONTINUE THE STATUS HEARING FROM 04/29/2022 TO 05/27/2022**<br><br>Date:   April 29, 2022<br>Time:  1:30 PM<br>Ctrm:  4D<br>Judge:  Hon. Janis L. Sammartino |

The court has reviewed the parties' Joint Motion to Exclude and Continue the Status Hearing. The Motion is GRANTED, and the status hearing set for April 29, 2022 shall be continued to **May 27, 2022, at 1:30 p.m.**

The time necessary for this continuance is excluded under the Speedy Trial Act; furthermore, the Court finds that the requested continuance further serves the ends of justice and outweighs the public and Defendant's interest in a speedy trial pursuant to § 3161(h)(7)(A).

**IT IS SO ORDERED**.

Dated: April 27, 2022

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge

Case No. 3:17-CR-03401-JLS

10958788.1