# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>CHAD LEE ENGEL (1),<br><br>        Defendant. | Case No. 3:17-CR-03401-JLS<br><br>**ORDER GRANTING JOINT MOTION TO EXCLUDE TIME AND CONTINUE THE STATUS HEARING FROM 05/27/2022 TO 06/17/2022**<br><br>Date:   May 27, 2022<br>Time:  1:30 PM<br>Ctrm:  4D<br>Judge: Hon. Janis L. Sammartino |

The court has reviewed the parties' Joint Motion to Exclude and Continue the Status Hearing. The Motion is GRANTED, and the case is now set for a status hearing on **June 17, 2022, at 1:30 p.m.**

The time necessary for this continuance is excluded under the Speedy Trial Act; furthermore, the Court finds that the requested continuance further serves the ends of justice and outweighs the public and Defendant's interest in a speedy trial pursuant to § 3161(h)(7)(A).

**IT IS SO ORDERED**.
Dated: May 25, 2022

                                            Hon. Janis L. Sammartino
                                            United States District Judge

Case No. 3:17-CR-03401-JLS