# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHAD LEE ENGEL (1),<br><br>Defendant. | Case No. 3:17-CR-03401-JLS<br><br>**ORDER GRANTING JOINT MOTION TO FURTHER EXCLUDE TIME AND CONTINUE THE STATUS HEARING FROM 06/17/2022 TO 07/01/2022** |

The court has reviewed the parties' Joint Motion to Further Exclude Time and Continue the Status Hearing. The Motion is GRANTED, and the status hearing shall be continued from June 17, 2022 to **July 1, 2022, at 1:30 p.m.**

The time necessary for this continuance is excluded under the Speedy Trial Act; furthermore, the Court finds that the requested continuance further serves the ends of justice and outweighs the public and Defendant's interest in a speedy trial pursuant to § 3161(h)(7)(A).

**IT IS SO ORDERED**.
Dated: June 15, 2022

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge

Case No. 3:17-CR-03401-JLS

11040965.1