UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>CHAD LEE ENGEL (1),<br><br>　　　　　　　　　　　　Defendant. | Case No.: 17CR3401-JLS<br><br>**ORDER DENYING MOTION FOR ORDER PERMITTING CHANGE OF PLEA VIA VIDEO TELECONFERENCE (VTC)**<br><br>**[ECF No. 183]** |

　　　Defendant Engel moves the Court for an order permitting a change of plea proceeding via video teleconference. Neither Chief Judge Order No. 63-I, nor the Coronavirus Aid, Relief, and Economic Security Act ("CARES Act") authorize the use of video teleconferencing for change of plea proceedings. Accordingly, Defendant's motion is **Denied**.

　　　IT IS SO ORDERED.

Dated: July 18, 2022

　　　　　　　　　　　　　　　　　　　*Janis L. Sammartino*
　　　　　　　　　　　　　　　　　　　Hon. Janis L. Sammartino
　　　　　　　　　　　　　　　　　　　United States District Judge